**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01319-LTB-KLM

CRYSTAL STRATTON,

       Plaintiff,

v.

CREDIT BUREAU COLLECTION SERVICES, INC., an Ohio corporation,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 3 - filed July 11, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                               BY THE COURT:

                                 s/Lewis T. Babcock
                                 Lewis T. Babcock, Judge

DATED:   July 14, 2008